UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.                                                Case No. 3:07-cr-233-J-33TEM

LAVORIS TERRELL JERRY
_____/

**ORDER**

This cause is before the Court pursuant to Defendant Lavoris Terrell Jerry's Motion for Early Termination of Supervised Release (Doc. # 365), which was filed on August 11, 2014. The Government filed a Response in Opposition to the Motion on August 26, 2014 (Doc. # 367). For the reasons that follow, the Court grants the Motion.

**Discussion**

On June 26, 2008, the Court sentenced Defendant to a term of imprisonment of 70 months, to be followed by four years of supervised release, for his involvement in a cocaine conspiracy. (Doc. # 228). Defendant submits that he has completed 26 months of the 48 month term of supervised release without incident and seeks termination of supervised release. Defendant notes that he has "been very compliant" and is "on administrative supervised release." (Doc. # 365 at 1). According to Defendant, he "just want[s] to close this chapter

1

of [his] life and move on." (Id.).

Although the Government concedes that Defendant has been fully compliant with the terms of his supervised release, the Government nonetheless opposes the Motion. The Government indicates: "Defendant's motion should be denied because he has not described sufficient reason for his case to be treated differently than any other case in which a term of supervised release has been imposed. The defendant's compliance with the terms of his supervised release, although commendable, does not warrant early termination." (Doc. # 367 at 3).

Under 18 U.S.C. § 3583(e)(1), the court may, after considering various factors enumerated in 18 U.S.C. § 3553

> terminate a term of supervised release and discharge the defendant released at any time after expiration of one year of supervised release, pursuant to the provisions of the Federal Rules of Criminal Procedure relating to the modification of probation, if it is satisfied that such action is warranted by the conduct of the defendant released and the interest of justice.

18 U.S.C. § 3583(e)(1).

In this case, after conferring with Defendant's Probation Officer, the Court determines that it is appropriate to terminate Defendant's term of supervised release. As aptly noted by the Government, Defendant enjoys full time employment as a vehicle detailer and "all urinalyses for controlled

2

substances have been negative." (Doc. # 367 at 2). Defendant's Probation Officer does not object to early termination of supervision and commented that Defendant has abided by all conditions of supervision and lives in a stable home with his fiancé and son. In addition, Defendant completed the 500 RDAP Program while in prison and he scored a low probability of any further substance abuse issues on his SASSI test.

The Court commends Defendant for his efforts and exercises its discretion to terminate Defendant's term of supervised release. However, the Court cautions Defendant that he must follow all governing laws and regulations and stay out of trouble.

Accordingly, it is

**ORDERED, ADJUDGED,** and **DECREED:**

Defendant Lavoris Terrell Jerry's Motion for Early Termination of Supervised Release (Doc. # 365) is **GRANTED.**

**DONE** and **ORDERED** in Jacksonville, Florida, this 28th day of August, 2014.

_____
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

3

Copies: All Counsel and Parties of Record

United States Probation Office